UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

MELODIE MONTEFUSCO,

                      Defendant.
------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 19 (NSR)

TO:   NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

      Please find attached a transcript of the January 13, 2023, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  January 18, 2023
         White Plains, New York

                                          Respectfully submitted,

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge

January 18, 2023

      This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

                                          **SO ORDERED.**

_[signature: Andrew Krause]_

ANDREW E. KRAUSE
United States Magistrate Judge