

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2023

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      **Re:** *United States v. Melodie Montefusco*, 23 Cr. 19 (NSR)

Dear Judge Román:

    The Government writes, with the consent of the defendant, for a brief adjournment of sentencing in this matter. Sentencing is currently set for 9:45 AM on Friday, April 14, 2023. Undersigned counsel expects to be on trial at that time. Chambers has informed counsel that the Court is available to reschedule sentencing to May 23, 2023 at 12:15 PM.

    Thus, the Government would respectfully request that sentencing be rescheduled to May 23, 2023 at 12:15 PM. The Government is grateful for the Court's flexibility.

                                    Very truly yours,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                          By: _s/_____
                            Shiva H. Logarajah
                            Assistant United States Attorney
                            (212) 637-2272

**The Govt's request to adjourn the in-person Sentencing from April 14, 2023 until May 23, 2023 at 12:15 pm is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 56.**
**Dated: White Plains, NY**
       **April 11, 2023**     SO ORDERED:

                            HON. NELSON S. ROMÁN
                            UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2023