```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

UNITED STATES OF AMERICA,

      -against-

MELODIE MONTEFUSCO,

      Defendant.
———————————————————————X

**Order for Return of Bail**

23 Cr. 19 (NSR)

    An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of Fourteen Thousand Dollars ($14,000) as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York, in accordance with the provisions of the bond; and

    WHEREAS the docket reflects that on May 23, 2023, the defendant was sentenced by United States District Judge Nelson S. Roman to a term of time served; and

    WHEREAS the Government has not alleged that the above funds should be applied to the payment of any assessment, fine, restitution, or penalty; and

    WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner pursuant to 28 U.S.C. §§ 2041 and 2044;

    NOW, THEREFORE IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to MELODIE MONTEFUSCO the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 59.

Dated: May 31, 2023
      White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE