**MEMO ENDORSED**

# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———
TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2023
```

June 2, 2023

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: *USA v Melodie Montefusco,* 23 Cr 19 (NSR)

Your Honor:

    As you may recall, last week this Court sentenced Ms. Montefusco principally to a a sentence of time served and one year of supervised release. Today, she met with her probation officer to discuss the terms of her supervision. She told the officer that she wanted to attend a family wedding in Aruba at the end of July, but was apparently advised that the office normally does not approve travel until a person has been on supervision for 60-90 days (even though the conditions of supervised release do not include any travel restrictions). My understanding is that the probation officer suggested we seek court approval.

    Accordingly, we ask that Ms. Montefusco be permitted to travel to Aruba between July 25, 2023 and July 30, 2023, for the purpose of attending a wedding (which is occurring on July 28th). The government consents to this application.

    Respectfully submitted,

    /s/
    James E. Neuman

The Court consents to Ms. Montefusco's request to travel to Aruba between July 25, 2023 and July 30, 2023 for the purposes of attending a wedding occurring on July 28th, in light of the Government's consent to this application. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 61.

Dated: June 2, 2023
    White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE